# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:24-cr-00474 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| REUBEN REDD, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Jennifer Dowdell Armstrong regarding the change of plea hearing of Reuben Redd which was referred to the Magistrate Judge with the consent of the parties.

On December 19, 2024, the Government filed a four count Indictment, charging Defendant Reuben Redd with the following: Count 1, Possession with Intent to Distribute a Fentanyl Analogue and Fentanyl, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); Count 2, Possession with Intent to Distribute Fentanyl, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); Count 3, Possession with Intent to Distribute Cocaine, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); and Count 4, Using and Maintaining a Drug Premises, in violation of Title 21 U.S.C. § 856(a)(1) and (b). Defendant Reuben Redd was arraigned on January 14, 2025, during which Reuben Redd entered a plea of not guilty to the charges. On July 17, 2025 Magistrate Judge Jennifer Dowdell Armstrong received Defendant Reuben Redd's plea of guilty to Counts 1, 2 and 3 of the Indictment, with a written plea

agreement,[1] and issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Reuben Redd is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement, as corrected pursuant to footnote 1, is approved.

Therefore, Defendant Reuben Redd is adjudged guilty of Counts 1, 2 and 3 of the Indictment as referenced above. This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing will take place as scheduled.

IT IS SO ORDERED.

*s/ David A. Ruiz*     *11/20/2025*
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE

---

[1] During the change of plea hearing, the defendant acknowledged and confirmed a typographical error in the first sub-paragraph to the plea agreement paragraph 21, which indicates "0 grams," and the court confirmed on the record with government counsel and defendant that the sub-paragraph correctly states: "On or about July 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant REUBEN REDD knowingly and intentionally possessed with intent to distribute over [10] grams of a mixture and substance containing a detectable amount of para-fluorofentanyl (fentanyl analogue), a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance." R. 24, PageID# 99. As set forth on the record at the Sentencing hearing, prior to the start of the hearing, the defendant and counsel confirmed the typographical error in the plea agreement paragraph 21, and confirmed the parties' handwritten correction to the typographical error.